CHARITY FINKLE, *Appellant*, *v.* ISAAC N. COLLIER, *Respondent*.—
Order reversed, with ten dollars costs and printing disburse-
ments, and motion denied, with ten dollars costs. Opinion by
BOCKES, J.

JOHN M. CARROLL, *as Executor*, and MARY A. CARROLL, *as Execu-
trix, etc., Respondents, v.* HENRY A. DEIMEL and MARY DEIMEL,
*Appellants, Impleaded, etc.*— Judgment affirmed, with costs.
Opinion by BOARDMAN, J.

THE BOARD OF SUPERVISORS OF SARATOGA COUNTY, *Respondent, v.*
ANDREW SEABURY and others, *Appellants.* — Judgment reversed,
new trial granted, costs to abide event. Opinions by LEARNED,
P. J., and BOARDMAN, J.; BOCKES, J., not acting.

ANNA E. BLACKMAN *v.* ARTHUR HOLMES and others.— Judgment
affirmed, with costs. Opinion by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* WILLIAM D.
VEEDER *v.* HENRY CREBLE and others, *Respondents.* — Order
affirmed, with ten dollars costs and printing disbursements on
opinion of Special Term. LEARNED, P. J., not acting.

DANIEL W. FORD, *Respondent, v.* THE UNION NATIONAL BANK OF
ALBANY, *Appellant.* — Judgment reversed, new trial granted,
costs to abide event. Opinion by BOARDMAN, J.; LEARNED, P. J.,
not acting.

CORNELIUS A. VAN WAGENEN and MARIA A. ELLIOT, *Respondents,
v.* THOMAS BOTSFORD, *Appellant.* — Judgment reversed; new trial
granted; referee discharged, costs to abide event. Opinion by
LEARNED, P. J.

DAVID P. BARRINGER, *Appellant, v.* THE DELAWARE AND HUDSON
CANAL COMPANY, *Respondent.* — Judgment affirmed, with costs.
Opinion by BOARDMAN, J.; LEARNED, P. J., not acting.

WILLIAM J. TURCK and NELSON H. BURHANS, *Respondents, v.*
THOMAS G. SOUTHARD, *Appellant.* — Order affirmed, with ten
dollars costs and printing disbursements. Opinion by BOCKES, J.

CHARLES A. DAKE, *Respondent, v.* FREDERICK A. BRANDY, *Appel-
lant.* — Judgment affirmed on opinion of county judge.

GEORGE B. CLUETT and others, *Respondents, v.* THE ROCHESTER
GERMAN INSURANCE COMPANY, *Appellant.* — Judgment affirmed,
with costs. Opinion by LEARNED, P. J.

IN THE MATTER OF THE MERCANTILE TRUST COMPANY. — Matter
referred to A. V. De Witt to inquire and report. Order to be
settled by BOCKES, J.

JAMES W. WHITFORD, *Respondent, v.* THOMAS LAIDLER, *Appel-
lant.* — Motion for leave to go to Court of Appeals granted and
cause certified.

JOB G. VIALL and WILLIAM JOHNSON, *Respondents, v.* ELIZABETH
DATER, *Appellant, Impleaded, etc.* — Motion for reargument
granted.